csk

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT. E.D.N.Y.

★ MAR 17 2006 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -

JONATHAN O'LEARY,

               Defendant.

- - - - - - - - - - - - - - - - - - X

U N S E A L I N G
O R D E R

CR 05-431(SJ)

      Upon the application of ROSYLNN R. MAUSKOPF, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Charles S. Kleinberg, for an order unsealing the above captioned information,

      WHEREFORE, it is ordered that the information be unsealed.

Dated:    Brooklyn, New York
           March 10, 2006

                          s/Sterling Johnson
                          HONORABLE STERLING JOHNSON
                          UNITED STATES DISTRICT JUDGE
                          EASTERN DISTRICT OF NEW YORK



# U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

CSK
F. #1998R00483

*One Pierrepont Plaza*
*Brooklyn, New York 11201*

*Mailing Address: 147 Pierrepont Street*
*Brooklyn, New York 11201*

March 10, 2006

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT. E.D.N.Y.

★ MAR 17 2006 ★

BROOKLYN OFFICE

RECEIVED
IN CHAMBERS OF
HON. STERLING JOHNSON, JR.
MAR 1 3 2006
TIME A.M.
P.M.

The Honorable Sterling Johnson
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201
Attention: August Marziliano

Re: United States v. Jonathan O'Leary
Criminal Docket No. 05-431 (SJ)

Dear Judge Johnson:

Enclosed please find an order unsealing the information in the above case. Thank you for your attemtion.

Respectfully submitted,

ROSLYNN R. MAUSKOPF
United States Attorney

By: _____
Charles S. Kleinberg
Assistant U.S. Attorney
(718) 254-6012

cc: Peter Bongiorno
The Bongiorno Law Firm
(By Facsimile: (516) 741-4240)